**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 12-cr-00038-CMA-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**3.    HERNAN GASTELUM,**

    Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE
AS TO DEFENDANT HERNAN GASTELUM**
_____

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture as to Defendant Hernan Gastelum. The Court having read the Motion and being fully advised in the premises finds:

THAT, on December 3, 2013, the United States and Defendant Hernan Gastelum entered into a Plea Agreement, Cooperation Agreement and Stipulation of Facts, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853, and Rule 32.2(b) of the Federal Rules of Criminal Procedure;

THAT, prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n);

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT Defendant Hernan Gastelum's interest in the following is forfeited to the United States in accordance with 21 U.S.C. § 853, and Rule 32.2(b) of the Federal Rules of Criminal Procedure:

    a.    One 2010 BMW X6 M, VIN 5YMGZ0C55ALK13450, seized on February 9, 2012, from 8449 Everest Street, Downey, California; and

    b.    $29,200.00 in United States Currency, seized on February 10, 2012 pursuant to Civil Seizure Warrant No. 12-mc-37;

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the United States, or its designated sub-custodian, is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via an official government website for at least thirty (30) consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third parties in ancillary proceedings.

SO ORDERED this 6th day of January, 2014.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge