# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Case No. 12-cr-00038-CMA-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.    HERNAN GASTELUM,

    Defendant.

## FINAL ORDER OF FORFEITURE

    This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Doc. # 789). The Court having reviewed said Motion FINDS as follows:

    THAT the United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Indictment returned on January 24, 2012;

    THAT a Preliminary Order of Forfeiture was entered on January 6, 2014;

    THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

    THAT the only document filed by any third party is the Petition for Hearing to Adjudicate the Validity of Legal Interest in Vehicle seized, filed by Amy Chacon, which Petition was ordered stricken by the court on May 20, 2014;

    THAT the time for any other third-party to file a petition expired;

    THAT, no valid Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property:

    a. one 2010 BMW X6 M, VIN 5YMGZ0C55ALK13450, and

    b. $29,200.00 in United States currency

shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party; and

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

SO ORDERED this __3rd__ day of September, 2014.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge